IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| REBECCA L. NICHOLS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:13CV00124 SWW |
| | * |
| TRI-NATIONAL LOGISTICS INC.; | * |
| RMR DRIVER SERVICES, INC.; | * |
| JAMES PARIS; CHARLES KYE; and | * |
| DONALD LEWIS, | * |
| | * |
| Defendants. | * |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on August 21, 2014, and the Order entered in this matter on this date, Plaintiff Rebecca L. Nichols's claims against Defendants Tri-National Logistics, Inc.; RMR Driver Services, Inc.; Charles Kye; and Donald Lewis are dismissed with prejudice. Plaintiff's Title VII, FCRA, and ACRA claims against Defendant James Paris are dismissed with prejudice. Plaintiff's claim of outrage against Paris and Paris's counterclaims are dismissed without prejudice.

DATED this 17th day of December, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE