# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| REBECCA NICHOLS<br>    PLAINTIFF<br><br>V.<br><br>TRI-NATIONAL LOGISTICS, INC., ET AL.<br>    DEFENDANTS | CASE NO. 4:13CV00124 WW |

## **ORDER**

Before the Court are the remaining parties' separate motions reporting that the parties have settled this case and now move to dismiss this case with prejudice [ECF Nos. 348, 349, 350].

IT IS THEREFORE ORDERED that the motions [ECF Nos. 348, 349, 350] are GRANTED, and the case is DISMISSED WITH PREJDUICE.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2018.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE